# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

SONYA PRIVETTE-JAMES,

               Petitioner

          v.

WORKERS' COMPENSATION APPEAL
BOARD (UNIVERSITY OF
PENNSYLVANIA),

               Respondents

: No. 334 EAL 2014
:
:
:
: Petition for Allowance of Appeal from the
: Order of the Commonwealth Court
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 5th day of January, 2015, the Petition for Allowance of Appeal is **DENIED**.